

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2023

No. 04-22-00544-CV

Jameel Clarke **WILSON**,
Appellant

v.

**F&B 5380 MEDICAL DRIVE THRIVE, LP**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01682
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was due on December 22, 2022. Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellant to file, **by January 23, 2023:**

1. his brief; and
2. a written response reasonably explaining: (a) his failure to timely file a brief; and (b) why appellee is not significantly injured by appellant's failure to timely file a brief.

If appellant fails to timely file a brief and the written response, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court